**Order entered July 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00135-CR

### RICHARD EARL DRIVER, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-80014-2013

## ORDER

The Court **GRANTS** appellant's second motion for extension of time to file appellant's

brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/      DAVID EVANS
          JUSTICE